UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 22-1751-KK-KESx | Date: | April 24, 2024 |
| Title: | Qiuzi Hu, et al. v. Jose M. Plehn-Dujowich, et al. | | |

Present: The Honorable **KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE**

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) ORDER (1) RECALLING Warrant for Arrest [Dkt. 21] and (2) TO SHOW CAUSE Why Bench Warrant Should Not Issue**

The Warrant for Arrest issued against defendant Jose M. Plehn-Dujowich ("Defendant") on March 24, 2023, dkt. 21, is hereby **RECALLED**.

It is further ordered that Defendant shall personally appear before Judge Kenly Kiya Kato **on June 26, 2024 at 10:30 a.m.** to show cause why a bench warrant should not issue in light of Defendant's failure to appear at the Court's March 24, 2023 contempt hearing. See dkt. 20.

Finally, Plaintiffs' counsel shall serve a copy of this Order on Defendant and file proof of such service **no later than April 29, 2024**.

**IT IS SO ORDERED.**

CC: USMED